UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | MAG. NO. 07-2050 (JS) |
| v. | : | |
| AGRON ABDULLAHU | | NOTICE OF MOTION |
| | : | FOR RELEASE ON BAIL |

TO:  R. STEPHEN STIGALL
     Assistant United States Attorney
     Camden Federal Bldg. & U.S. Courthouse
     401 Market Street, 4th Floor
     Camden, New Jersey 08101

COUNSEL:

PLEASE TAKE NOTICE that at a hearing on Thursday, May 17, 2007, the defendant, Agron Abdullahu, through his attorney, Lisa Evans Lewis, Assistant Federal Public Defender, shall move before the Honorable Joel Schneider, United States Magistrate Court Judge, at the Mitchell H. Cohen Courthouse, One John F. Gerry Plaza, Fourth and Cooper Streets, Camden, New Jersey, for an Order granting bail with conditions, pursuant to 18 U.S.C. § 3142.

                              Respectfully submitted,

                              *s/ Lisa Evans Lewis*

                              LISA EVANS LEWIS
                              Assistant Federal Public Defender

Dated: May 14, 2007