## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing defendant's Notice of Motion For Release on Bail was served via electronic filing upon counsel for the government, Assistant United States Attorney R. Stephen Stigall, on May 14, 2007.

        Respectfully submitted,

        *s/ Lisa Evans Lewis*

        LISA EVANS LEWIS
        Assistant Federal Public Defender

DATED: May 14, 2007