```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY


UNITED STATES OF AMERICA         :   Hon. Joel Schneider

              v.                 :   Crim. No. 07-452 (JEI)

AGRON ABDULLAHU                  :   Crim. No. 07-459 (RBK)
```

---

SUPPLEMENTAL MEMORANDUM OF LAW OF THE UNITED STATES IN OPPOSITION TO DEFENDANT AGRON ABDULLAHU'S MOTION FOR RECONSIDERATION OF DENIAL OF BAIL

---

```
                              CHRISTOPHER J. CHRISTIE
                              United States Attorney
                              970 Broad Street
                              Newark, New Jersey 07102
```

On the Memorandum:

William E. Fitzpatrick
Deputy United States Attorney
R. Stephen Stigall
Assistant United States Attorney
Camden Federal Building &
  U.S. Courthouse
401 Market Street, 4th Floor
Camden, New Jersey 08101
(856) 757-5031

**PRELIMINARY STATEMENT**

Relying upon no new evidence and merely recycling the same arguments previously made to this Court in support of bail, defendant Agron Abdullahu asks this Court to reconsider the Order of Detention entered against Abdullahu.  The United States submits this memorandum of law in opposition to Abdullahu's motion.

**RELEVANT FACTS AND PROCEDURAL HISTORY**[1]

Law enforcement officers with the Joint Terrorism Task Force arrested Abdullahu on May 7, 2007 pursuant to a criminal complaint, Magistrate No. 07-2050 (JS) issued by Your Honor. Abdullahu appeared before Your Honor on May 8, 2007, and Your Honor ordered that he be detained. On May 11, 2007, Abdullahu consented to detention temporarily in order to afford an opportunity to have a thorough detention hearing before Your Honor. Following a lengthy hearing on May 17, 2007, Your Honor entered an Order of Detention, having correctly found Abdullahu both a serious danger to the community and a risk of flight. Your Honor remanded Abdullahu to the custody of the United States Marshal.

The Marshal's Service housed Abdullahu at the Federal Detention Center - Philadelphia operated by the Federal Bureau of Prisons ("BOP"). The BOP placed Abdullahu in a single jail cell in the Special Housing Unit.

More than one week after Your Honor explained to Abdullahu on the record why he was a flight risk and danger to

---

[1] The Court is certainly aware of the facts as set forth in the Government's Memorandum of Law Of The United States In Opposition To Defendant Agron Abdullahu's Motion for Bail filed on May 16, 2007. The United States, therefore, will not repeat them here. Instead, the United States supplements its earlier brief with the relevant facts and procedural history set forth herein as necessary to support its position that Abdullahu is a serious flight risk and significant danger to the community.

the community, Abdullahu proved himself to be just that.  On May 25, 2007, officials with the BOP went to get Abdullahu for a legal visit.  Once Abdullahu was placed in hand restraints, the BOP official opened the cell door and observed what appeared to be graffiti on the inside of the cell door.  Significantly, Abdullahu had etched into his cell door a depiction of an AK-47 machine gun firing bullets at the words "FBI."  (See Photograph, attached hereto as Exhibit "A.")[2]

Abdullahu had also etched the words "Rainca Kosova UCK" into his cell door.  (See Photograph, attached hereto as Exhibit "B.") "UCK" is an acronym for "Ushtri Çlirimtare e Kosovës" – Albanian for "Kosovo Liberation Army."  The Kosovo Liberation Army ("KLA") was an ethic Albanian paramilitary organization which fought for the independence of Kosovo from Yugoslavia in the late 1990s.  Some prominent KLA members have recently been charged with committing war crimes.  As recently as December 2006, the Albanian National Army or AKSH, with which some former KLA members appear to have been linked, has been involved in violent attacks against legitimate police forces in Western Kosovo.  Notably, David Hicks – who recently confessed to providing material support to terrorist organizations, including

---

[2] The United States is supplying the Court and defense counsel under separate cover two reports authored by the BOP officials who conducted the investigation into Abdullahu's behavior on May 25, 2007.

3

Al-Qaeda – trained with the KLA before joining Lashkar-e Tayyiba, a Foreign Terrorist Organization designated by the Department of State.

Upon further inspection of Abdullahu's cell, BOP officials determined that a metal light switch plate was missing a screw, and the plate was bent and loose from the wall.  (See Photograph, attached hereto as Exhibit "C.")  BOP officials found the missing screw on the top bunk of the cell.  BOP officials also observed scrape marks on the floor and noticed that the top right corner of the light switch cover was filed down which could easily be used as a weapon.  Abdullahu admitted, in substance and in part, to etching the above-referenced picture and words in to his cell door.  He also said that the writing meant the town in Kosovo where he was born.  Abdullahu did not, however, choose to elaborate on the acronym "UCK" or Kosovo Liberation Army.

Despite Abdullahu's conduct at the prison demonstrating his propensity for violence, Abdullahu appealed Your Honor's Order of Detention on May 30, 2007.  That appeal was assigned to Senior United States District Judge Joseph E. Irenas, Criminal No. 07-452 (JEI).

On June 5, 2007, the grand jury in and for the District of New Jersey, sitting in Camden, charged Abdullahu with aiding and abetting the illegal possession of firearms by illegal and unlawful aliens, in violation of Title 18, United States Code,

Section 922(g)(5) and 2.  That charge is contained in Count 5 of a five-count indictment, Criminal No. 07-459 (RBK).  Abdullahu's case is now pending before United States District Judge Robert B. Kugler.

On June 6, 2007, Judge Irenas denied Abdullahu's appeal of Your Honor's Order of Detention without prejudice, having correctly observed that Local Criminal Rule 46.1(b)(2) required Abdullahu to have first moved before Your Honor to reconsider the Order of Detention.  Abdullahu then filed a motion to reconsider Judge Irenas' denial of Abdullahu's appeal on June 11, 2007.  The United States responded to that motion on June 13, 2007.

The next day, Judge Irenas denied Abdullahu's motion to reconsider, again concluding that Abdullahu had to first move before Your Honor to reconsider the Order of Dentention Your Honor entered against Abdullahu.  Your Honor also arraigned Abdullahu on June 14, 2007 on the indictment, Criminal No. 07-459 (RBK) and afforded him the opportunity to file his present motion for reconsideration.

Abdullahu's motion for reconsideration should be denied.

**ARGUMENT**

**ABDULLAHU SHOULD CONTINUE TO BE DETAINED WITHOUT BAIL**

The United States submits that Abdullahu's behavior in prison establishes, by clear and convincing evidence, that he is a serious danger to the community.[3] The subject matter of the etchings alone is disturbing at best, and at worst demonstrates the volition of an individual predisposed to violence. Abdullahu had plenty of time on his hands in his prison cell to think about the situation in which he found himself. Abdullahu's thoughts clearly turned to seeking revenge against the FBI agents who caused him to be imprisoned in the first place. Releasing Abdullahu now would not only endanger the community at large, but also the agents who investigated this case.

Moreover, although Abdullahu has publicly attempted to disassociate himself with the KLA, his promotion of it paints a different picture. Abdullahu's etching evinces a loyalty to an ethnic Albanian paramilitary organization. It speaks volumes

---

[3] The United States incorporates by reference its prior arguments as to why detention in this case is appropriate. Accordingly, this brief supplements the Government's earlier argument concerning Abdullahu's dangerousness. To the extent that Abdullahu criticizes this Court for "simply accept[ing] every accusation made by the government [via proffer] in the worst possible light" concerning the need for detention, (see Motion for Reconsideration, at 2), the United States observes that the government may indeed proceed by proffer during a pretrial detention hearing. See United States v. Delker, 757 F.2d 1390 (3d Cir. 1985); see also United States v. Galvaria, 828 F.2d 667, 669 (11th Cir. 1987).

about Abdullahu's state of mind, and his serious danger to the community if released.[4]

There is, therefore, no condition or combination of conditions that can reasonably assure Abdullahu's appearance at future court proceedings, ensure his compliance with court-imposed bail conditions, or that can protect the community from the risk of danger Abdullahu poses.

---

[4] The United States also cannot ignore the BOP officials concern that Abdullahu was creating a weapon from the metal light switch plate.  That too demonstrates Abdullahu's dangerousness.

7

## **CONCLUSION**

For the foregoing reasons, no set of conditions or combination of conditions will reasonably assure defendant Agron Abdullahu's appearance at trial or the safety of others and the community.  Accordingly, the Court should deny Abdullahu's motion for reconsideration of Your Honor's Order of Detention.

Respectfully submitted,

CHRISTOPHER J. CHRISTIE
United States Attorney

**/s R. Stephen Stigall**

By: WILLIAM E. FITZPATRICK
Deputy U.S. Attorney
R. STEPHEN STIGALL
Assistant U.S. Attorney

Date:   June 18, 2007
        Camden, New Jersey