RAINCA

KOSOVA

UÇK